UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,

                                       Plaintiff,

-v-

U.S. DEPARTMENT OF EDUCATION,

                                       Defendant.

24 Civ. 8393 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court's intention is to expedite this matter, given the public importance and time-sensitivity of plaintiff's requests pursuant to the Freedom of Information Act, 5 U.S.C. §552. To that end, by separate order, the Court is scheduling an initial conference in this case for December 10, 2024 at 9:30 a.m. The Court directs plaintiff to serve the Complaint, and this order, on defendant forthwith—specifically, by the end of the day Friday, November 15, 2024—and orders defendant to cause its counsel to file a notice of appearance in this case by Friday, November 22, 2024

      SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: November 14, 2024
           New York, New York