UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,

                              Plaintiff,

              -v-

U.S. DEPARTMENT OF EDUCATION,

                              Defendant.

24 Civ. 8393 (PAE)

NOTICE OF INITIAL PRETRIAL CONFERENCE

---

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference is hereby scheduled for **December 10, 2024 at 9:30 a.m.** in Courtroom 1305 of the Thurgood Marshall United States Courthouse. All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

The Court directs counsel for all parties to:

- Confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference.
- Prepare a Civil Case Management Plan and Scheduling Order in accordance with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-paul-engelmayer, to be submitted to the Court no later than **December 6, 2024**.
- Prepare a joint letter, not to exceed three pages in length, to be submitted to the Court no later than **December 6, 2024**, addressing the following topics in separate paragraphs: (1) a brief description of the case, including the factual and legal

bases for the claim(s) and defense(s), and the history of the case; (2) any contemplated motions; and (3) the prospect for settlement. For the Court's convenience, the parties are requested to set forth the date and time of the conference in the opening paragraph of the letter.

- Register as filing users in accordance with the Procedures for Electronic Case Filing prior to the date of the initial pretrial conference.
- Email to EngelmayerNYSDChambers@nysd.uscourts.gov, no later than twenty-four hours before the conference, the names of any counsel who wish to enter an appearance at the conference, and the number from which each counsel will be calling. Please also denote lead counsel with an asterisk.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: orders_and_judgments@nysd.uscourts.gov.

Requests for adjournment may be made only in a writing received no later than two business days before the conference. The written submission must comply with Section 1.E of the Court's Individual Rules. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Plaintiff's counsel is directed to serve a copy of this order on defendant by Friday, November 15, 2024, and to file proof of such notice with the Court.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 14, 2024
New York, New York