FOIA Summons (12/11) (Page 2)

Civil Action No. 1:24-cv-08393

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Department of Education

was received by me on *(date)*   11/8/2024   .

➤   I personally served the summons on the individual at *(place)* _____

_____   on *(date)* _____ ; or

➤   I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

➤   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____ ; or

➤   I returned the summons unexecuted because _____ ; or

➤   Other *(specify)*:

I served the US Department of Education by mailing a copy of the summons and the complaint by USPS certified mail to the US
Department of Education on 11/8/2024. Please see the photo of the attached USPS receipt and delivery confirmation, showing
delivery address and that the summons and complaint were delivered on 11/12/2024.

My fees are $   0   for travel and $   0   for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: 11/14/2024 _____

_____
*Server's signature*

Helen Zhong, Litigation Program Manager
*Printed name and title*

475 Riverside Dr., Ste 302, New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

Since the US Department of Education is a government agency, I also served the United States by (1) mailing a copy of the complaint and
summons by USPS certified mail to the Attorney General of the United States on 11/14/2024 and (2) mailing a copy of the complaint and
summons to the civil process clerk at the U.S. Attorney's office for the Southern District of New York by USPS certified mail on 11/14/2024. They
are both pending delivery. Proofs of service for each of these entities will filed with the court upon confirmation of delivery.

**Subject:** Fw: USPS eReceipt
**Date:** Friday, November 8, 2024 at 3:35:41 PM Eastern Standard Time
**From:** Helen Zhong
**To:** hz2570@columbia.edu

```
USPSlogo




                        JAMES A FARLEY
                         421 8TH AVE
                    NEW YORK, NY 10001-9998
                        (800)275-8777
11/08/2024                                          03:11 PM
---------------------------------------------------------------
Product                         Qty         Unit         Price
                                            Price
---------------------------------------------------------------
First-Class Mail®                 1                       $2.04
Large Envelope
    Washington, DC  20202
    Weight: 2.50 oz
    Estimated Delivery Date
        Tue 11/12/2024
    Tracking #:
        9514 8066 9291 4313 6026 81
    Certified Mail®                                       $4.85
    e-Return Receipt                                      $2.62
Total                                                     $9.51
---------------------------------------------------------------
Grand Total:                                              $9.51
---------------------------------------------------------------
Credit Card Remit                                         $9.51
    Card Name: VISA
    Account #: XXXXXXXXXXXX3632
    Approval #: 01071C
    Transaction #: 710
    Receipt #: 000710
    AID: A0000000031010           Contactless
```

```
    AL: Visa Credit
-----------------------------------------------------------------------

                 Use Tracking # for inquiry on Return
                        Receipt (Electronic).

                  For Return Receipt (by email), visit
                  USPS.com, click on Track & Manage and
                enter Tracking number; click on drop-down
                  arrow under Return Receipt Electronic;
                enter name and email address and click on
                            Request Email.

               Text your tracking number to 28777 (2USPS)
               to get the latest status. Standard Message
                 and Data rates may apply. You may also
                visit www.usps.com USPS Tracking or call
                            1-800-222-1811.

                          Preview your Mail
                          Track your Packages
                          Sign up for FREE @
                    https://informeddelivery.usps.com

                  All sales final on stamps and postage.
                  Refunds for guaranteed services only.
                       Thank you for your business.

                    Tell us about your experience.
                        Go to: https://postalexperience.com/ssk?mt=13


-----------------------------------------------------------------------

UFN: 359628-9556
Receipt #: 840-11000205-1-4669594-1
Clerk: 00
```

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in

error, please delete. Any other use of this email by you is prohibited.

**UNITED STATES POSTAL SERVICE**

November 12, 2024

Dear Zhong Helen:

The following is in response to your request for proof of delivery on your item with the tracking number:
**4202 0202 9514 8066 9291 4313 6026 81**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | November 12, 2024, 8:14 am |
| **Location:** | WASHINGTON, DC 20202 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | US  DEPT OF EDU |

| Shipment Details | |
| --- | --- |
| **Weight:** | 3.0oz |

**Recipient Signature**

| | |
| --- | --- |
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | *[handwritten]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004