UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 1:24-cv-08393-PAE |

CERTIFICATE OF SERVICE

In compliance with the Court's Order dated November 14, 2024 (ECF 7, ECF 8), the undersigned counsel of record for Plaintiff certifies that copies of the Complaint (ECF 1) and Order (ECF 7, ECF 8) were served on Defendant U.S. Department of Education on November 15, 2024. Attached as Exhibit A is a delivery confirmation provided by FedEx.

Dated: November 15, 2024

　　　　　　　　　　　　　　　　　　　　　/s/ *Scott Wilkens*
　　　　　　　　　　　　　　　　　　　　　Scott Wilkens
　　　　　　　　　　　　　　　　　　　　　Knight First Amendment Institute
　　　　　　　　　　　　　　　　　　　　　　at Columbia University
　　　　　　　　　　　　　　　　　　　　　475 Riverside Drive, Suite 302
　　　　　　　　　　　　　　　　　　　　　New York, NY 10115
　　　　　　　　　　　　　　　　　　　　　(646) 745-8500
　　　　　　　　　　　　　　　　　　　　　scott.wilkens@knightcolumbia.org

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*