# EXHIBIT A

November 15, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 779960325244

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | L.CHILDS | **Delivery Location:** | 400 MARYLAND AVE SW |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | WASHINGTON, DC, 20202 |
| | | **Delivery date:** | Nov 15, 2024 09:20 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 779960325244 | **Ship Date:** | Nov 14, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
US Dept of Education, US Dept of Education
400 MARYLAND AVE SW
WASHINGTON, DC, US, 20202

**Shipper:**
Knight First Amendment Institute,
475 Riverside Drive
Suite 302
NEW YORK, NY, US, 10115

**Reference**                DOE FOIA order



Thank you for choosing FedEx