AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| Knight First Amendment Institute, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    24 Civ. 8393 (PAE) |
| U.S. Department of Education, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant .

Date:     11/21/2024

/s/ Jessica F. Rosenbaum
*Attorney's signature*

Jessica F. Rosenbaum (JR 0524)
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

jessica.rosenbaum@usdoj.gov
*E-mail address*

(212) 637-2777
*Telephone number*

(212) 637-2786
*FAX number*