Civil Action No. 1:24-cv-08393

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __see note below_____

was received by me on *(date)* __11/8/2024_____ .

- ☐ I personally served the summons on the individual at *(place)* _____
  _____ on *(date)* _____ ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

- ☐ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____ ; or

- ☐ I returned the summons unexecuted because _____ ; or

- ☑ Other *(specify)*:
  Since the Defendant is a government agency, I mailed copies of the complaint and the summons for the U.S. Department of Education by USPS certified mail to the Attorney General of the United States and the civil process clerk of the U.S. Attorney's office for the Southern District of New York on 11/14/2024. Please see the attached USPS receipts, showing the delivery addresses, and the delivery confirmations, showing that they were delivered on 11/19/2024 and 11/18/2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __11/22/2024_____

*Server's signature*

Helen Zhong, Litigation Program Manager
*Printed name and title*

475 Riverside Drive, Suite 302, New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10278

Certified Mail Fee $4.85
$ $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.31
$
Total Postage and Fees
$7.16

Postmark Here — 0054 08 NOV 2024

Sent To: Damian Williams
U.S. Attorney for SDNY
Southern District of New York
Street and Apt. No., or PO Box No: 26 Federal Plaza, 37th Floor
City, State, ZIP+4®: New York, NY 10278

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

Certified Mail Fee $4.85
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage $2.31
$
Total Postage and Fees
$7.16

Postmark Here — 0054 08 NOV 2024   11/14/2024

Sent To: U.S. Attorney General
U.S. Department of Justice
Street and Apt. No., or PO Box No: 950 Pennsylvania Avenue NW
City, State, ZIP+4®: Washington DC 20530

PS Form 3800, January 2023   See Reverse for Instructions

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701733998791

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:04 pm on November 18, 2024 in NEW YORK, NY 10007.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10007
November 18, 2024, 3:04 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701733998807

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:25 am on November 19, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
November 19, 2024, 5:25 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package