UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
.............................................................x

KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY,

                              Plaintiff,                24 Civ. 8393 (PAE)

                 v.                       **NOTICE OF APPEARANCE AND**
                                            **REQUEST FOR ELECTRONIC**
U.S. DEPARTMENT OF EDUCATION,      **NOTIFICATION**

                           Defendant.
.............................................................x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance as

counsel for defendant the U.S. Department of Education, and to add her as a Filing User to

whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       December 6, 2024

                                  Respectfully submitted,

                                   DAMIAN WILLIAMS
                                 United States Attorney for the
                               Southern District of New York
                               Attorney for Defendant

               By:     */s/ Sarah S. Normand*
                        SARAH S. NORMAND
                        Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Telephone: (212) 637-2709
                        Fax: (212) 637-2786
                        E-mail: sarah.normand@usdoj.gov