

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 6, 2024

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Knight First Amendment Institute at Columbia University v. U.S. Dep't of Education*, No. 24 Civ. 8393 (PAE)

Dear Judge Engelmayer:

      This Office represents Defendant the United States Department of Education ("DOE") in the above-referenced Freedom of Information Act ("FOIA") action. We write respectfully to request a thirty-day adjournment of the initial pretrial conference, presently scheduled for December 10, 2024, and the accompanying requirement to submit a joint pre-conference letter. Plaintiff consents to this request.

      This case involves a FOIA request seeking records reflecting "guidance DOE has provided to post-secondary institutions concerning their obligations under Title VI to ensure nondiscrimination based on shared ancestry or ethnic characteristics." *See* ECF No. 1 (Complaint) ¶ 6. DOE made an initial production of responsive records today and the parties held an initial meet and confer to discuss further searches that may be warranted and their scope. To allow these discussions to continue, DOE respectfully requests that the Court adjourn the initial pretrial conference presently scheduled for December 10, 2024, for thirty days. DOE also requests a corresponding adjournment of the requirement that the parties submit a joint pre-conference letter.[1]

      We thank the Court for its consideration of this request.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:    */s/ Jessica F. Rosenbaum*
      SARAH NORMAND
      JESSICA F. ROSENBAUM

---

[1] Because this is a FOIA action, the parties understand Local Civil Rule 16.1 to exempt this case from the mandatory scheduling order requirement contained in Federal Rule of Civil Procedure 16(b).

                    Assistant United States Attorneys
Tel.:    (212) 637-2709/2777
Email: sarah.normand@usdoj.gov
         jessica.rosenbaum@usdoj.gov