UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,

                              Plaintiff,

-v-

U.S. DEPARTMENT OF EDUCATION,

                              Defendant.

24 Civ. 8393 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      For the reasons stated on the record at today's status conference, the Court directs defendant, by February 28, 2025, to file a status update, on the docket of this case, which, *inter alia*, must (1) reflect plaintiff's views, and (2) address the extent to which, if any, judicial intervention is needed moving forward.

      SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: January 28, 2025
       New York, New York