

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 29, 2025

BY ECF
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Knight First Amendment Institute at Columbia University v. U.S. Dep't of Education*, No. 24 Civ. 8393 (PAE)

Dear Judge Engelmayer:

    The parties write respectfully to provide a status report in the above-named action brought pursuant to the Freedom of Information Act ("FOIA"), in accordance with the Court's order of March 4, 2025, Dkt. No. 26.

    Plaintiff's FOIA request seeks records reflecting "guidance DOE has provided to post-secondary institutions concerning their obligations under Title VI to ensure nondiscrimination based on shared ancestry or ethnic characteristics." *See* Dkt. No. 1 (Complaint) ¶ 6. DOE made a series of productions of responsive, non-exempt records to plaintiff between December 6, 2024, and February 21, 2025. As the parties noted in the February 28, 2025, status letter, the only remaining issue in this case is plaintiff's claim for attorneys' fees. The plaintiffs made a fee demand last Friday, April 25. To allow the government sufficient time to consider the demand and the parties time to meet and confer to determine if they can resolve plaintiff's claim for fees consensually, the parties respectfully request that they be permitted to file another status report in 45 days, or by June 13, 2025.

    We thank the Court for its consideration of this letter.

                                                      Respectfully submitted,

                                                      JAY CLAYTON
                                                      United States Attorney
                                                      for the Southern District of New York

                          By:    /s/ *Jessica F. Rosenbaum*
                                  SARAH NORMAND
                                  JESSICA F. ROSENBAUM
                                  Assistant United States Attorneys
                                  86 Chambers Street, Third Floor

        New York, NY 10007
        Tel.:   (212) 637-2709/2777
        Email: sarah.normand@usdoj.gov
                jessica.rosenbaum@usdoj.gov

*Counsel for Defendant*


By:    /s/ *Scott Wilkens*
       SCOTT WILKENS
       Knight First Amendment Institute
       at Columbia University
       475 Riverside Drive, Suite 302
       New York, NY 10115
       Tel.:   (646) 745-8500
       Email:  scott.wilkens@knightcolumbia.org

*Counsel for Plaintiff*