

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

April 29, 2025

BY ECF
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Knight First Amendment Institute at Columbia University v. U.S. Dep't of Education*, No. 24 Civ. 8393 (PAE)

Dear Judge Engelmayer:

The parties write respectfully to provide a status report in the above-named action brought pursuant to the Freedom of Information Act ("FOIA"), in accordance with the Court's order of March 4, 2025, Dkt. No. 26.

Plaintiff's FOIA request seeks records reflecting "guidance DOE has provided to post-secondary institutions concerning their obligations under Title VI to ensure nondiscrimination based on shared ancestry or ethnic characteristics." *See* Dkt. No. 1 (Complaint) ¶ 6. DOE made a series of productions of responsive, non-exempt records to plaintiff between December 6, 2024, and February 21, 2025. As the parties noted in the February 28, 2025, status letter, the only remaining issue in this case is plaintiff's claim for attorneys' fees. The plaintiffs made a fee demand last Friday, April 25. To allow the government sufficient time to consider the demand and the parties time to meet and confer to determine if they can resolve plaintiff's claim for fees consensually, the parties respectfully request that they be permitted to file another status report in 45 days, or by June 13, 2025.

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney
for the Southern District of New York

By: /s/ *Jessica F. Rosenbaum*
SARAH NORMAND
JESSICA F. ROSENBAUM
Assistant United States Attorneys
86 Chambers Street, Third Floor

        New York, NY 10007
        Tel.:   (212) 637-2709/2777
        Email: sarah.normand@usdoj.gov
                jessica.rosenbaum@usdoj.gov

*Counsel for Defendant*


By:   /s/ *Scott Wilkens*
      SCOTT WILKENS
      Knight First Amendment Institute
      at Columbia University
      475 Riverside Drive, Suite 302
      New York, NY 10115
      Tel.:   (646) 745-8500
      Email:  scott.wilkens@knightcolumbia.org

*Counsel for Plaintiff*

GRANTED. The next status report is due June 13, 2025.

SO ORDERED.

        */s/ Paul A. Engelmayer*
        PAUL A. ENGELMAYER
        United States District Judge

Dated: April 29, 2025
      New York, New York