UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>                          Plaintiff,<br><br>                          -v-<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>                          Defendants. | 24 Civ. 8393 (PAE)<br><br>**STIPULATION OF SETTLEMENT AND DISMISSAL** |

WHEREAS, plaintiff Knight First Amendment Institute at Columbia University ("Plaintiff") filed this suit in the United States District Court for the Southern District of New York pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking the release of certain records by defendant U.S. Department of Education ("DOE");

WHEREAS, following negotiations, DOE released certain records to Plaintiff between December 6, 2024 and February 21, 2025, subject to partial redaction pursuant to FOIA Exemption 5 and FOIA Exemption 7(A);

WHEREAS, the Parties agree that the only remaining issue in this matter concerns Plaintiff's claim for attorneys' fees and litigation costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

WHEREAS, the Parties agree that DOE's payment to Plaintiff of the amount specified in Paragraph 1 below will upon receipt by Plaintiff fully resolve this action and warrant dismissal with prejudice;

IT IS HEREBY STIPULATED, AGREED, and ORDERED as follows:

1.       After the Court has approved and docketed this Stipulation and Order, Counsel for

Plaintiff will provide the necessary information for DOE to effectuate payment. As soon as reasonably practicable after Plaintiff's provision of necessary information to effectuate payment, DOE shall pay to Plaintiff via electronic funds transfer the sum of ELEVEN THOUSAND DOLLARS ($11,000) in attorneys' fees and litigation costs, pursuant to 5 U.S.C. § 552(a)(4)(E), which sum, Plaintiff agrees, will upon receipt completely satisfy any and all claims by Plaintiff against the United States, or any department, agency, officer, or employee of DOE and/or the United States, arising out of the FOIA request at issue in this action, including for attorneys' fees, expenses, costs, interest, and any other sums related to this litigation.

2. This action is hereby dismissed with prejudice, and without costs or fees other than as provided in Paragraph 1 of this Stipulation and Order, provided that the Court shall retain jurisdiction for the purpose of enforcing this Stipulation and Order.

3. This Stipulation and Order shall not constitute an admission of liability or fault on the part of DOE or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

4. The parties agree that this Stipulation and Order is non-precedential with respect to any other proceeding against DOE, the United States, or any agency or instrumentality of the United States.

5.  The parties understand and agree that this Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: June 10, 2025  
     New York, New York

JAY CLAYTON  
United States Attorney

By: *(signature)*  
SARAH NORMAND  
JESSICA F. ROSENBAUM  
Assistant United States Attorneys  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Tel.: (212) 637-2709/2777  
Sarah.Normand@usdoj.gov  
Jessica.Rosenbaum@usdoj.gov  
*Counsel for Defendants*

Dated: June 10, 2025  
     New York, New York

By: *(signature)*  
SCOTT WILKENS  
Knight First Amendment Institute at Columbia University  
475 Riverside Drive, Suite 302  
New York, New York 10115  
Tel.: (646) 745-8500  
Scott.Wilkens@knightcolumbia.org  
*Counsel for Plaintiff*

SO ORDERED:

_____  
HONORABLE PAUL A. ENGELMAYER  
UNITED STATES DISTRICT JUDGE